and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos ROME, Defendant–Appellant.**

**No. 02–7904.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 14, 2003.

Carlos Rome, Appellant Pro Se. C.J. Moore, Cherry Point, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Carlos Rome appeals the district court's order denying his motion for return of property, specifically $6245 in U.S. currency. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Rome,* No. CR–00–33–4 (E.D.N.C. Oct. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Edward PRATT, a/k/a Phillip Pratt, Defendant–Appellant.**

**No. 02–7939.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 14, 2003.

James Edward Pratt, Appellant Pro Se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James Edward Pratt seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000) on the grounds it was untimely. An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2255 motion solely on procedural grounds, a certificate of appealability will not issue unless the movant can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.) (quoting *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have independently reviewed the record and conclude that Pratt has not made the requisite showing. *See Miller–El v. Cockrell,* —— U.S. ——, 123 S.Ct. 1029, 1039–40, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*